**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RYAN THOMAS BECHARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:22-cv-00367 (UNA) |
| v. | ) | |
| | ) | |
| UNITED STATES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM OPINION</u>

Under the statute governing *in forma pauperis* proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2).

Here, having reviewed the prolix complaint carefully, the Court concludes that it cannot discern what claim or claims plaintiff intends to bring; the complaint will thus be dismissed. *See Gwinnell-Kennedy v. U.S. Gov't Judiciary*, No. 09-cv-737, 2009 WL 1089543, at *1 (D.D.C. Apr. 22, 2009) (summarily dismissing complaint under § 1915(e)(2) because it was "incoherent"); *McGuire v. U.S. District Court*, No. 10-cv-696, 2010 WL 1855858, at *1 (D.D.C. May 4, 2010) (summarily dismissing complaint under § 1915(e)(2) because it was "largely incoherent and nonsensical"); *cf. Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing . . . . factual allegations and legal conclusions . . . lack[ing] an arguable basis either in law or in fact" shall be dismissed.).

Accordingly, the Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint and this civil action without prejudice. Plaintiff's pending motion for

summary judgment, ECF No. 3, is both premature and moot, and will also be denied.  A separate

order will issue.

TREVOR N. McFADDEN
Dated: May 13, 2022                                    United States District Judge